BROWN, *Adm'r, v.* THE MASS. M. L. INS. CO.

When, on a reserved case, a verdict for the plaintiff has been set aside because a motion for a nonsuit made at the trial should have been granted, for want of evidence which the plaintiff may be able to produce, the plaintiff is ordinarily entitled to a new trial.

ASSUMPSIT, reported in 59 N. H. 298.

*Copeland & Edgerly,* for the plaintiff.

*Wheeler,* for the defendants.

FOSTER, J.   The plaintiff had a verdict, which was set aside because a motion made at the trial should have been granted. There was a want of certain evidence on the part of the plaintiff, but this evidence he may be able to produce at another trial.   He claims a new trial, and the defendants claim a judgment.   There might be a reason for requiring a party to produce all his evidence at the first trial, and there might be a reason for giving him another opportunity.   In this case, if the motion for a nonsuit had been sustained at the trial, a motion by the plaintiff for leave to supply the defect in his evidence might have been granted; and there does not appear to be sufficient cause for giving the defendant judgment.

*Case discharged.*

ALLEN and BLODGETT, JJ., concurred : the others did not sit.